

# Fourth Court of Appeals
## San Antonio, Texas

**JUDGMENT**

No. 04-23-00099-CV

Daisy Campos **RODRIGUEZ**,
Appellant

v.

Ricardo "Richie" **RANGEL** Jr.,
Appellee

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2022-CVK-001669-D1
Honorable Susan D. Reed, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND CHIEF JUSTICE MARION (RET.)[1]

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED. We tax costs of court against Appellant Daisy Campos Rodriguez.

Appellee Richard "Richie" Rodriguez Jr.'s motion to refuse to permit a motion for rehearing is DENIED.

We ORDER that any motion for rehearing or en banc reconsideration must be filed within TEN DAYS of the date of this opinion and judgment.

The panel will not grant any motion for an extension of time to file a motion for rehearing.

SIGNED November 13, 2023.

_____
Patricia O. Alvarez, Justice

---

[1] The Honorable Sandee Marion, Chief Justice (Retired) of the Fourth Court of Appeals, sitting by assignment of the Chief Justice of the Texas Supreme Court. *See* TEX. GOV'T CODE ANN. §§ 74.003, 75.002, 75.003.